

School of Law | Newark

Special Education Clinic
Rutgers, The State University of New Jersey
Center for Law and Justice
123 Washington Street
Newark, NJ 07102

Esther Canty-Barnes, Esq., Dir.
ecanty-barnes@kinoy.rutgers.edu

Jennifer Rosen-Valverde, Esq.
jvalverde@kinoy.rutgers.edu

Tele: 973-353-5576
Fax:  973-353-3397

March 2, 2011

FILED ELECTRONICALLY
Hon. Stanley R. Chesler
Martin Luther King, Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   East Orange Bd. Of Education v. E.M o/b/o J.B.
      Civil Action No. 08-4778(SRC)

Dear Judge Chesler:

       I am in receipt of your decision and order dated February
17, 2011 granting summary judgment in favor of the defendant
regarding the East Orange District's responsibility for the
related services of J.B.'s education in the above referenced
matter.   While the order directs that the "plaintiff" submit
affidavits and pertinent documents, I assumed that
this was an error and that the defendant is required to submit
these documents by March 3.

       In this respect, I am requesting a two week extension
until March 17, 2011 to complete all affidavits in this
matter. In addition to the parent residing in North Carolina,
some of the records that the parent intends to rely upon are
in the possession of other agencies. An additional two weeks
will allow ample opportunity to complete and file the
submissions with the Court.

       Thank you for your courtesies in this matter.

                                          Respectfully submitted,

3/2/2011                                  /S/ESTHER CANTY-BARNES

                                          Esther Canty-Barnes, Esq.


CC: Andrew Li, Esq.